Office of the Mayor
*Chokwe A. Lumumba, Mayor*



219 South President Street
Post Office Box 17
Jackson, Mississippi 39205-0017
Telephone: 601-960-1084
Facsimile: 601-960-2193

# MAYORAL EXECUTIVE ORDER AMENDING THE
# CITY OF JACKSON POLICE DEPARTMENT'S USE OF FORCE POLICY

**WHEREAS**, the Lumumba Administration's vision for the City of Jackson, Mississippi ("City of Jackson") centers around goals focused on creating a safe, welcoming and inclusive City with exceptional employees, infrastructure, and services; an ethical, transparent, and fiscally responsible government; and thriving neighborhoods, communities, and businesses; and

**WHEREAS**, there is an urgent need to address issues of police violence, institutional racism, and the need for the transformation of our justice system; and

**WHEREAS**, police officers nationwide have shot and/or killed by other means (i.e. chokeholds) nearly 1,000 people annually since 2015[1]; and

**WHEREAS**, nationwide, African Americans are killed by police officers at more than twice the rate of white Americans[2]; and

**WHEREAS**, the City of Jackson has experienced deaths and other harms through the use of excessive and/or deadly force by police officers; and

**WHEREAS**, in light thereof, there exists an immediate need to examine and amend the City of Jackson's use of force policies and procedures.

**NOW, THEREFORE, BE IT RESOLVED**, I, Chokwe Antar Lumumba, pursuant to the authority vested in me, do hereby amend the City of Jackson Police Department's use of force policies and procedures as follows:

1. Require sworn officers with the Jackson Police Department ("officers") to de-escalate situations, where possible, by communicating with subjects, maintaining distance, and otherwise eliminating the need to use force; and

2. Ban the use of chokeholds, strangleholds, hogtying, knee on neck, or any other use of force that limits a person's ability to breathe, preventing the unnecessary death or serious injury of community members; and

3. Require officers to intervene and stop excessive force used by other officers and report these incidents immediately to a supervisor; and

---

[1] See https://www.washingtonpost.com/graphics/investigations/police-shootings-database/
[2] See https://www.washingtonpost.com/graphics/investigations/police-shootings-database/



EXHIBIT
C

4. Restrict officers from shooting at moving vehicles, a particularly dangerous and ineffective tactic; and

5. Develop a Use of Force Continuum that limits the types of force that can be used to respond to specific types of resistance; and

6. Require officers to exhaust all other reasonable means before resorting to deadly force; and

7. Require officers to give verbal warnings before shooting at a person unless there are extenuating circumstances where giving a verbal warning is impossible; and

8. Require comprehensive reporting where officers have to report each time they use force or threaten to use force.

**SO ORDERED** this the 19th day of June, 2020 at 2:43 P

_____
Chokwe Antar Lumumba, Mayor

Attest:
_____
Angela Harris
City Clerk