IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

**AQUINTA PALMER**                                                                                                   **PLAINTIFF**

**vs.**                                                  **Civil Action No. 3:22-cv-00508-DPJ-ASH**

**JEREMY JEFFERSON, et al.**                                                      **DEFENDANTS**

## REVISED JOINT MOTION TO EXTEND CASE MANAGEMENT ORDER DEADLINES

The Parties file this revised joint motion requesting the Court to extend all upcoming deadlines contained in the Case Management Order by an additional 45 days, and to likewise continue the settlement conference, pretrial conference and jury trial. This 45-day extension would also include extending the date for the Defendants' expert designations, which are due today. These extensions of time will provide the parties sufficient time to complete discovery before attending any settlement conference.

RESPECTFULLY submitted this the 2nd day of August, 2024.

                                                            **CITY OF JACKSON, MISSISSIPPI**

By:     */s/ Samuel L. Begley*
            Samuel L. Begley, MSB #2315
            Legal Counsel
            sbegley@jacksonms.gov

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)