## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**AQUINTA PALMER**                                                                    **PLAINTIFF**

vs.                                                         Civil Action No. 3:22-cv-00508-DPJ-ASH

**JEREMY JEFFERSON, et al.**                                                      **DEFENDANTS**

### CITY OF JACKSON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Officer Jeremy Jefferson, Officer Quadarius Draine, Former Chief of Police James Davis, and the City of Jackson, Mississippi, by and through their undersigned counsel, hereby file their Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In accordance with Rule 56(a), the Defendants respectfully request that this Court enter summary judgment in their favor, on the grounds that there are no genuine issues as to any material facts to support the claims of the Plaintiff, Aquinta H. Palmer, brought under 42 U.S.C. § 1983, and that the Defendants are thus entitled to judgment as a matter of law.

The Plaintiff essentially alleges the following claims in her Second Amended Complaint [ECF Document 43]:

(a) Officer Jefferson and Officer Draine violated the Plaintiff's First Amendment rights by arresting and detaining her in retaliation for protesting the arrest of her friend;

(b) Officer Jefferson violated the Plaintiff's rights under the Fourth Amendment because he did not have probable cause to arrest and detain the Plaintiff for (i) resisting arrest, (ii) disorderly conduct by interfering with and disobeying a police officer, or (iii) assault on a police officer;

(c) Officer Jefferson and Officer Draine used excessive force in connection with the Plaintiff's arrest and detention in violation of her rights under the Fourth Amendment; and

(d) The City of Jackson, Mississippi is liable under *Monell* for damages arising from the aforesaid unlawful arrest and excessive use of force; and

The grounds for the Defendants' Motion for Summary Judgment are more fully set forth in their Memorandum Brief, which is being filed simultaneously with this motion, in accordance with Local Rule 7(b)(2). In addition to its Memorandum Brief, the Defendants rely upon the following exhibits, which are attached to this motion and are fully incorporated herein by reference:

Exhibit No. 1.  The Deposition of Defendant Jeremy Jefferson;

Exhibit No. 2.   The Deposition of Defendant Quadarius Draine;

Exhibit No. 3.  The Deposition of Herman Tarrio;

Exhibit No. 4.  The Deposition of Obie Wells;

Exhibit No. 5.  The Deposition of Tanisha Gallion;

Exhibit No. 6.  Joint Exhibits for all Depositions taken by the Plaintiff

Exhibit No. 7.  The audio interview of Jeremy Jefferson (submitted on DVD);

Exhibit No. 8.  The audio interview of Quadarius Draine (DVD);

Exhibit No. 9.  The audio interview of Jeremy Gordon (DVD);

Exhibit No. 10. The audio interview of Herman Tarrio (DVD);

Exhibit No. 11. Gallion body camera video (DVD);

Exhibit No.12.  Jefferson body camera video (DVD;

Exhibit No. 13. WLBT video from bystander (DVD);

Exhibit No. 14. City Affidavit (assault on police officer);

Exhibit No. 15. City Affidavit (disorderly conduct; interfere with police officer);

Exhibit No. 16. City Affidavit (disorderly conduct);

Exhibit No. 17. City Affidavit (disorderly conduct; disobeying police officer);

Exhibit No. 18.  Jefferson arrest report;

Exhibit No. 19. Municipal Court release of inmate;

Exhibit No. 20. Internal Affairs Division Investigation Report;

Exhibit No. 21. Jefferson Use of Force Report;

Exhibit No. 22. Jefferson Arrest Information Sheet;

Exhibit No. 23. Draine Use of Force Report;

Exhibit No. 24. Draine Field Case Report;

Exhibit No. 25. Jefferson Uniform Incident Report;

Exhibit No. 26. Jefferson Training File;

Exhibit No. 27. Draine Training File;

Exhibit No. 28. Mark Dunston Expert Report; .

Exhibit No. 29. The Deposition of Sergeant Bret Bailey; and

Exhibit No. 30. Jackson Municipal Court Abstract of Record.

Defendants Officer Jeremy Jefferson, Officer Quadarius Draine, Former Chief of Police James Davis, and City of Jackson, Mississippi, respectfully request that this Court enter an order granting summary judgment in their favor, thereby dismissing the Plaintiff's claims with prejudice, and granting any other relief this Court deems proper.

RESPECTFULLY submitted this the 10th day of January, 2025.

    **OFFICER JEREMY JEFFERSON,**
    **OFFICER QUADARIUS DRAINE,**
    **FORMER CHIEF OF POLICE JAMES DAVIS,**
    **and**
    **CITY OF JACKSON, MISSISSIPPI**

    By:    */s/ Samuel L. Begley*
            Samuel L. Begley, MSB #2315
            Legal Counsel
            sbegley@jacksonms.gov

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)