# EXHIBIT NO. 7

Exhibit No. 7 to the City Defendants' Motion for Summary Judgment is a DVD containing an audio recording of an interview of Defendant Jeremy Jefferson and cannot be filed electronically. This audio recording has been produced in discovery to the Plaintiff and Defendant Hinds County, Mississippi.