IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 13 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

AQUINTA PALMER                                              PLAINTIFF

vs.                                     Civil Action No. 3:22-cv-00508-DPJ-FKB

JEREMY JEFFERSON, et al.                                    DEFENDANTS

### NOTICE OF CONVENTIONAL FILING

Exhibit No. 7 to the City Defendants' Motion for Summary Judgment is a DVD containing an audio recording of an interview of Defendant Jeremy Jefferson and cannot be filed electronically. This audio recording has been produced in discovery to the Plaintiff and Defendant Hinds County, Mississippi.

Exhibit No. 8 to the City Defendants' Motion for Summary Judgment is a DVD containing an audio recording of an interview of Defendant Quadarius Draine and cannot be filed electronically. This audio recording has been produced in discovery to the Plaintiff and Defendant Hinds County, Mississippi.

Exhibit No. 9 to the City Defendants' Motion for Summary Judgment is a DVD containing an audio recording of an interview of Jeremy Gordon and cannot be filed electronically. This audio recording has been produced in discovery to the Plaintiff and Defendant Hinds County, Mississippi.

Exhibit No. 10 to the City Defendants' Motion for Summary Judgment is a DVD containing an audio recording of an interview of Herman Tarrio and cannot be filed electronically. This audio recording has been produced in discovery to the Plaintiff and Defendant Hinds County, Mississippi.

Exhibit No. 11 to the City Defendants' Motion for Summary Judgment is a DVD containing a video recording from the body camera of Tanisha Gallion and cannot be filed electronically. This video recording has been produced in discovery to the Plaintiff and Defendant Hinds County, Mississippi.

Exhibit No. 12 to the City Defendants' Motion for Summary Judgment is a DVD containing a video recording from the body camera of Defendant Jeremy Jefferson and cannot be filed electronically. This video recording has been produced in discovery to the Plaintiff and Defendant Hinds County, Mississippi.

Exhibit No. 13 to the City Defendants' Motion for Summary Judgment is a DVD containing a video from a witness at the scene and cannot be filed electronically. This video recording has been produced in discovery to the Plaintiff and Defendant Hinds County, Mississippi.

Date: January 10, 2025.

> OFFICER JEREMY JEFFERSON,
> OFFICER QUADARIUS DRAINE,
> FORMER CHIEF OF POLICE JAMES DAVIS,
> and
> CITY OF JACKSON, MISSISSIPPI
>
> By:  /s/ Sam Begley
> Samuel L. Begley, MSB #2315
> Legal Counsel
> sbegley@jacksonms.gov

OF COUNSEL:

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)

## CERTIFICATE OF SERVICE

I, Samuel L. Begley, one of the attorneys for Defendant City of Jackson, Mississippi, do hereby certify that I have served via email this day a true and correct copy of the above and foregoing Notice of Conventional Filing to all counsel of record, including Michael Kelly at michael@thompsonaddison.com and Katelyn Riley at katelyn.riley@butlersnow.com and Sonya.Wilson@butlersnow.com.

So certified, this the 10th day of January, 2025.

/s/ Samuel L. Begley