IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AQUINTA H. PALMER                                                                    PLAINTIFF

VS.                                                   CIVIL ACTION NO.: 3:22-cv-00508-DPJ-ASH

JEREMY JEFFERSON, *ET AL.*                                                     DEFENDANTS

HINDS COUNTY, MISSISSIPPI'S
MOTION FOR SUMMARY JUDGMENT

Defendant, Hinds County, Mississippi ("Hinds County"), by and through counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, submit its Motion for Summary Judgment. In support of the same, Hinds County would show unto the Court as follows:

1. This suit arises out of Plaintiff's encounter with **City of Jackson police officers** on July 17, 2021. *CM/ECF Doc. No.* 43, *Second Amend. Compl.* Following her arrest at the hands of JPD, Plaintiff was placed in Hinds County's Raymond Detention Center ("RDC") and held there for three (3) days. *Second Amend. Compl.*, ¶ 45. Plaintiff asserts claims against Hinds County as a result of her incarceration. *Id.*

2. More specifically, the only remaining claims against Hinds County at this time are: (1) Plaintiff's Fourth Amendment due-process claim based on conditions of confinement and (2) her unreasonable-search claim related to the strip search the County performed when she arrived. Order, *CM/ECF Doc. No. 33* at p. 15.

3. However, Plaintiff has failed to demonstrate a constitutional violation by Hinds County or a policy, custom, or practice of Hinds County which was the moving

force behind the alleged violation. Thus, the Plaintiff's claims against Hinds County must be dismissed.

   4. Based on the record evidence, on the authorities cited and the arguments asserted in its Memorandum of Authorities in Support of its Motion for Summary Judgment, Hinds County is entitled to dismissal of all claims. *See Transcr. Depo. Aquinta Palmer, (November 20, 2024),* attached hereto as **Exhibit A**; *Inmate File & Court File*, attached hereto as **Exhibit B**; and *Transcr. Depo. Jeremy J. Jefferson (November 8, 2024)*, attached hereto as **Exhibit C**.

   WHEREFORE, PREMISES CONSIDERED, Defendant, Hinds County, Mississippi, respectfully requests that this Court enter an Order granting summary judgment in favor of Hinds County, and dismissing all of the Plaintiff's claims against Hinds County with prejudice. Hinds County also requests any other relief the Court deems just and proper.

**DATE:**  **January 13, 2025.**

                  Respectfully submitted,

                  **HINDS COUNTY, MISSISSIPPI**

                  BY: */s/ Katelyn A. Riley*
                     One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
KATELYN A. RILEY (MSB #105115)
Butler Snow, LLP
1020 Highland Colony Pkwy.
Ridgeland, MS 39157
Tel. 601-948-5711
will.allen@butlersnow.com
katelyn.riley@butlersnow.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, of Butler Snow LLP, hereby certify that I hereby certify that I have filed the foregoing with the Clerk of the Court using the ECF system which gave notice of the same to the following:

>Robert S. Addison
>robert@thompsonaddison.com
>Matthew Thompson
>matthew@thompsonaddison.com
>Michael Kelly
>michael@thompsonaddison.com
>William C. Coon
>william@thompsonaddison.com
>THOMPSON ADDISON, PLLC
>2060 Main Street
>Madison, MS 39110
>    *Attorneys for Plaintiff*
>
>Drew McLemore Martin, Esq.
>Drew Martin, Attorney, PLLC 451
>Northpark Drive, Suite C
>Ridgeland, MS 39157
>drew@justicems.com
>    *Attorneys for Jeremy Jefferson, Jackson Police*
>    *Department, James Davis, and City of Jackson,*
>    *Mississippi*

    This the 13th day of January, 2025.

                                      */s/Katelyn A. Riley*
                                      OF COUNSEL

91882877.v1